# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | CV F   04 5463 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION SEEKING SCREENING OF THE COMPLAINT |
| | (Doc.  15.) |
| QUINN, et. al., | |
| Defendants. | |

Jowell Finley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 2, 2005, Plaintiff filed a Motion seeking screening of complaint.  In this pleading, Plaintiff asks the Court to conduct a screening of the complaint.

As indicated in the Informational Order provided to Plaintiff at the outset of the case, the Court is required to screen the complaint under 28 U.S.C. § 1915A(b)(1),(2)  and will do so in due course.  While the Court understands that Plaintiff wishes to have his case proceed expeditiously, Plaintiff must understand that the Court has hundreds of Section 1983 cases filed by prisoners pending before it at any given time.  The Court proceeds with screening of the case by the date of filing.  Thus, Plaintiff is assured that his case will get screened, however, it may

1 not occur as quickly as Plaintiff might like.  Moreover, the filing of a Motion informing the Court
2 of a duty it is already aware of is unnecessary and may only serve to divert the Court's attention
3 from the screening of complaints to resolving miscellaneous motions like that filed here.  Again,
4 Plaintiff can rest assured that his case will receive the attention required under the law in due
5 course.  Accordingly, the Motion for Screening is DENIED.

7 IT IS SO ORDERED.
8 **Dated:   May 7, 2005**                              **/s/ Lawrence J. O'Neill**
  b9ed48                                                UNITED STATES MAGISTRATE JUDGE